# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SILVIA LIMA LOPEZ**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**HYUN INC.** )<br>*d/b/a/ Mimi's Convenience Mart*, et. al, )<br>)<br>Defendants. )<br>) | Civil Action No. 15-cv-0453 (TSC) |

## ORDER OF DISMISAL

In light of the Notice of Voluntary Dismissal, (Doc. 3), filed by the Plaintiff, this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Date:  June 8, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge